| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>Isabel C. Balboa, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill 08002-2977 | |
| In Re:<br><br>　　GREGORY J. CONQUEST<br><br>　　　　　　　　　　　　　　　Debtor(s) | Case No.:　　18-33256<br><br>Chapter:　　13<br><br>Judge:　　Jerrold N. Poslusny Jr. |

**Order Filed on March 8, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

## INTERIM CONFIRMATION ORDER

The relief set for on the following page is hereby **ORDERED**.

**DATED: March 8, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest.   Therefore,

IT IS HEREBY ORDEERED as follows:

1. The Chapter 13 Plan dated 12/11/2018 is approved on an interim basis only.  The plan is subject to final confirmation and further order of the Court.  All of the rights of all parties are reserved until the final confirmation hearing.
2. The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:
   a) allowed attorneys' fees;
   b) secured creditors;
   c) priority creditors, and
   d) adequate protection payments provided for in the debtor's Chapter 13 plan.
3. The arrearage claim of the creditor <u>Selene Finance</u> shall not be paid by the Standing Chapter 13 Trustee, as provided in the plan or as designated in the proof of claim, pending the termination of the Loss Mitigation Period.
4. The debtor(s) shall make periodic payments until further order of the Court as follows:  <u>$450.00</u> per month, beginning <u>12/01/2018</u>.
5. A hearing on final confirmation is scheduled for 6/19/2019 at 10:00 am, at the United States Bankruptcy Court, District of New Jersey, 401 Market Street, Camden, NJ 08101.
6. If the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.