UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on April 15, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Gregory J. Conquest,

Debtor

Case No.:  18-33256

Chapter:  13

Judge:  JNP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 15, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and

creditor on <u>January 12, 2019</u> :

Property:  <u>100 Chestnut St., Haddonfield, NJ  08033</u>

Creditor:  <u>Shellpoint Mortgage Servicing now transferred to Selene Finance, LP</u>

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by <u>the debtor</u> ,
and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by <u>          </u> ,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ~~07/13/2019~~ 7/15/2019

The Loss Mitigation Period is terminated, effective <u>          </u> .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-33256-JNP
Gregory J. Conquest                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1          Date Rcvd: Apr 15, 2019
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db             +Gregory J. Conquest,     100 Chestnut St,     Haddonfield, NJ 08033-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Debtor Gregory J. Conquest aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Harold N. Kaplan    on behalf of Creditor   VRMTG Asset Trust hkaplan@rasnj.com,
          informationathnk@aol.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, not in its
          individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6