Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−33256−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory J. Conquest
   100 Chestnut St
   Haddonfield, NJ 08033

Social Security No.:
   xxx−xx−7342

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:   6/20/19
Time:   02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,537.50

EXPENSES
Expenses: $40.00

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 20, 2019
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-33256-JNP
Gregory J. Conquest                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1           Date Rcvd: May 20, 2019
                             Form ID: 137             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db          +Gregory J. Conquest,   100 Chestnut St,   Haddonfield, NJ 08033-1813
aty         +KML Law Group, PC,   216 Haddon Avenue,   Ste 201,   Collingswood, NJ 08108-2818
lm          +Shellpoint Mortgage Servicing,   55 Beattie Place,   Suite 500,   MS-501,
              Greenville, SC 29601-2165
517917289   +MOHELA/Debt of Ed,   Attn: Bankruptcy,   633 Spirit Dr,   Chesterfield, MO 63005-1243
517888946   +New Penn Financial LLC dba Shellpoint,   Attn: KML Law Group,   216 Haddon Avenue Suite 406,
              Westmont, NJ 08108-2812
517888947   +Selene Finance,   100 Grove Rd #6,   Thorofare, NJ 08086-2259
517917293   +Toni Ann Conquest,   100 Chestnut St,   Haddonfield, NJ 08033-1813
518066881   +U.S. Bank National Association,   Rebecca A. Solarz, Esquire,   216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
517894204   +US Dept of Education/MOHELA,   633 Spirit Dr,   Chesterfield MO 63005-1243
517905543   +VRMTG Asset Trust,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
              Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 00:33:15      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 00:33:12      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517917290   +E-mail/Text: Bankruptcies@nragroup.com May 21 2019 00:33:59      National Recovery Agency,
              Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
518008686   +E-mail/Text: bkteam@selenefinance.com May 21 2019 00:32:40      VRMTG ASSET TRUST,
              c/o Selene Finance, LP,   9990 Richmond Ave. Suite 400 South,   Houston TX 77042-4546
517917294   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 21 2019 00:32:23
              Verizon,   500 Technology Dr,   Suite 500,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +VRMTG Asset Trust,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
              Duluth, GA 30097-8461
517917291*  +New Penn Financial LLC dba Shellpoint,   Attn: KML Law Group,   216 Haddon Avenue Suite 406,
              Westmont, NJ 08108-2812
517917292*  +Selene Finance,   100 Grove Rd #6,   Thorofare, NJ 08086-2259
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Debtor Gregory J. Conquest aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Harold N. Kaplan    on behalf of Creditor    VRMTG Asset Trust hkaplan@rasnj.com,
           informationathnk@aol.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6