Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−33256−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory J. Conquest
   100 Chestnut St
   Haddonfield, NJ 08033

Social Security No.:
   xxx−xx−7342

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2019
JAN: kvr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 18-33256-JNP
Gregory J. Conquest                                               Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Dec 03, 2019
                              Form ID: 148                Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db             +Gregory J. Conquest,    100 Chestnut St,    Haddonfield, NJ 08033-1813
aty            +KML Law Group, PC,    216 Haddon Avenue,    Ste 201,   Collingswood, NJ 08108-2818
lm             +Shellpoint Mortgage Servicing,    55 Beattie Place,    Suite 500,   MS-501,
                 Greenville, SC 29601-2165
518566454      +Genesee County Treasurer,    1101 Beach St,    Flint MI 48502-1417
517917289      +MOHELA/Debt of Ed,   Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
517888946      +New Penn Financial LLC dba Shellpoint,    Attn: KML Law Group,    216 Haddon Avenue Suite 406,
                 Westmont, NJ 08108-2812
517888947      +Selene Finance,   100 Grove Rd #6,    Thorofare, NJ 08086-2259
517917293      +Toni Ann Conquest,    100 Chestnut St,    Haddonfield, NJ 08033-1813
518066881      +U.S. Bank National Association,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517894204      +US Dept of Education/MOHELA,    633 Spirit Dr,   Chesterfield MO 63005-1243
517905543      +VRMTG Asset Trust,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:57     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517917290      +E-mail/Text: Bankruptcies@nragroup.com Dec 04 2019 00:20:06     National Recovery Agency,
                 Attn: Bankruptcy,   Po Box 67015,    Harrisburg, PA 17106-7015
518008686      +E-mail/Text: bkteam@selenefinance.com Dec 04 2019 00:18:04     VRMTG ASSET TRUST,
                 c/o Selene Finance, LP,   9990 Richmond Ave. Suite 400 South,    Houston TX 77042-4546
517917294      +EDI: VERIZONCOMB.COM Dec 04 2019 04:38:00      Verizon,   500 Technology Dr,   Suite 500,
                 Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +VRMTG Asset Trust,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517917291*     +New Penn Financial LLC dba Shellpoint,    Attn: KML Law Group,   216 Haddon Avenue Suite 406,
                 Westmont, NJ 08108-2812
517917292*     +Selene Finance,   100 Grove Rd #6,    Thorofare, NJ 08086-2259
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Gregory J. Conquest aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    VRMTG Asset Trust hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    VRMTG Asset Trust smncina@rascrane.com
```

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Dec 03, 2019
                               Form ID: 148               Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```